UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSCAR DANTZLER | * | CIVIL ACTION |
| versus | * | NO. 06-10924 |
| CITY OF HAMMOND, et al. | * | SECTION "F" |

ORDER

Before the Court is plaintiff Oscar Dantzler's "motion to set aside order of dismissals on all other defendants for nullity of judgment with order."

IT IS ORDERED: that the plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED: that the removing party file all service documents into the record no later than Tuesday, July 3, 2007;

IT IS FURTHER ORDERED: that all served defendants file responsive pleadings within 10 days.  Failure to do so will result in preliminary defaults being ordered.

New Orleans, Louisiana, July 2, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1