# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSCAR DANTZLER | CIVIL ACTION |
| VERSUS | No. 06-10924 |
| KATHY MONTECINO, et al. | SECTION I/3 |

## ORDER

Before the Court is a motion for leave to file a notice of appeal and a motion to proceed *in forma pauperis* filed by plaintiff, Oscar Dantzler. Dantzler's motion for leave to file a notice of appeal is **GRANTED**. For the reasons stated below, the motion to proceed *in forma pauperis* is **DENIED.**

Title 28, United States Code, Section 1915 provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see also Baugh v. Taylor, 117 F.3d 197, 201 (5th Cir. 1997); Startti v. United States, 415 F.2d 1115, 1115 (5th Cir. 1969) ("There is no absolute right to be allowed to proceed *in forma pauperis* in civil matters; rather it is a privilege extended to those unable to pay filing fees when the action is not frivolous or malicious.").

This Court's evaluation into Dantzler's good faith is limited to whether the appeal involves legal points arguable on their merits. Jones v. Kirkwood, 323 Fed.Appx 392, 392 (5th Cir. 2009). Dantzler seeks to overturn the Court's July 22, 2009, order preventing him from filing, without prior permission of the Court, any additional submissions related to his termination from the Hammond Police Department. As stated in the July 22, 2009, order, Dantzler has initiated at least eight causes of action related to his termination. To date, he has

1

been unsuccessful on each attempt. Two of his actions[1] have been dismissed on *res judicata* grounds because Dantzler has already received a final judicial resolution of his claims. Further, the Court issued its July 22, 2009, order only after a more narrowly tailored injunction failed to prevent Dantzler from harassing defendants and wasting judicial resources.[2] For the same reasons given in that order, the Court is denying the motion to proceed *in forma pauperis* because Dantzler's appeal is frivolous and not made in good faith.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, the clerk is DIRECTED to notify the parties and the United States Court of Appeals for the Fifth Circuit of this opinion.

New Orleans, Louisiana, August 20, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Civil Action Nos. 08-3777 and 06-10924.
[2] The Court notes that despite the July 22, 2009, injunction, Dantzler has still attempted to file at least ten separate pleadings since that date.